IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| Lori A. Dickes, ) | |
|  ) | Civil Action No. 8:04-22753-GRA-WMC |
| Plaintiff, ) | |
|  ) | |
| vs. ) | **REPORT OF MAGISTRATE JUDGE** |
|  ) | |
| Lander University, ) | |
|  ) | |
| Defendant. ) | |
|  ) | |

The plaintiff is proceeding in this action *pro se*. On April 5, 2005, the defendant filed a motion to dismiss. On April 6, 2005, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the summary dismissal procedure and the possible consequences if she failed to respond adequately. Despite this explanation, the plaintiff elected not to respond to the motion.

As the plaintiff is proceeding *pro se*, the court filed a second order on May 12, 2005, giving the plaintiff through May 31, 2005, to file her response to the motion to dismiss. The plaintiff was specifically advised that if she failed to respond, this action would be dismissed for failure to prosecute. The plaintiff elected not to respond.

Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

																				_____
																				WILLIAM M. CATOE
																				UNITED STATES MAGISTRATE JUDGE

June 2, 2005

Greenville, South Carolina